Court, Appellate Division, First Department. May 9, 1913.) Actions by Elizabeth Reich against the E. W. Bliss Buildings, Incorporated, against Eva M. B. Lane and another, and against Eva M. B. Lane. ·R. W. Crawford, of New York City, for appellant. H. A. Wise, of New York City, for respondent. No opinion. Order (73 Misc. Rep. 20, 130 N. Y. Supp. 827) affirmed, with $10 costs and disbursements. Orders filed.

REILLY, Respondent, v. CONNABLE, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Annie Reilly against Arthur W. Connable.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and CARR, JJ., dissent.

REITER, Respondent, v. HANSON, Appellant. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Peritz Reiter, as administrator, etc., against Peter B. Hanson. No opinion. Order affirmed, with $10 costs and disbursements.

ROACH v. PRENDERGAST. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by William E. Roach against William A. Prendergast. W. J. Eldredge, of New York City, for plaintiff. H. Crone, of New York City, for defendant. No opinion.' Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

ROBINSON, Respondent, v. UNITED TEXTILE CO., Appellant. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Judson J. Robinson against the United Textile Company. J. W. Purdy, of New York City, for appellant. G. H. Broas, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ROBISON et al. v. MERBAUM et al. (Supreme Court, Appellate Term, First Department. May 8, 1913.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by Louis Robison and others against Jacob Merbaum and another. From a judgment for plaintiffs, defendants appeal. Reversed, and new trial ordered. Boudin & Liebman, of New York City (L. B. Boudin, of New York City, of counsel), for appellants. Eugene Cohn and Julius Levy, both of New York City, for respondents.

PER CURIAM. No proper rule of damages was laid down by the court in its charge to the jury, and on an examination of the whole record we are satisfied that there should be a new trial of this case. The questions put by the court at page 94 of the minutes, which were duly excepted to, cannot but fail to have affected the jury in arriving at their determination. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

ROOTMAN v. CITY OF NEW YORK (two cases). (Supreme Court, Appellate Division, First Department. April 25, 1913.) Actions by Wolf Rootman and by Dora Rootman against the City of New York. No opinion. Motions denied, with $10 costs. Orders filed. See, also, 140 N. Y. Supp. 1143.

ROSENBLUM v. KORNHAUSER. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Joseph Rosenblum against Lewis Kornhauser. No opinion. Motion granted, with $10 costs. Order filed.

ROSSI, Appellant, v. `PROCTOR & GAMBLE CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Antonio Rossi against the Proctor & Gamble Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that questions of fact were presented which ought to have been submitted to the jury. We are of the opinion that the evidence shows that plaintiff and defendant's engineer were not fellow servants.

JENKS, P. J., dissents.

ROTHMAN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Leon Rothman against the City of New York. I. Gainsburg, of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

ROUGHAN, Appellant, v. CHENANGO VALLEY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Anna Roughan against the Chenango Valley Savings Bank. No opinion. Sent to Fourth Department.

ROYAL TYPEWRITER CO., Respondent. v. R. D. CORTINA CO., Appellant. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by the Royal Typewriter Company against the R. D. Cortina Company. A. Furber, of New York City, for appellant. J. T. McGovern, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ROYE, Respondent, v. LOCUST FARMS CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Joseph L. Roye against the Locust Farms Company.

PER CURIAM. Judgment unanimously affirmed, with costs.

HOWARD, J., not sitting.

ST. JOHN, Respondent, v. KLOPPENBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Charles St. John against

Henry Kloppenberg and Charles Meinken. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, for errors in the charge appearing at folios 107 and 113 of the record, respectively.

SAITTA, Appellant, v. ANCHOR LINE et al., Respondents. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Philip W. Saitta against the Anchor Line and others. L. Levy, of New York City, for appellant. A. Cameron, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

SANDS v. GILLERAN et al. (Supreme Court, Appellate Division, Second Department. May 16, 1913.) Action by Daniel C. Sands against Thomas Gilleran and others. No opinion. Order affirmed, with $10 costs and disbursements.

SANTELLI v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Giuseppe Santelli against the Illinois Surety Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 79 Misc. Rep. 600, 139 N. Y. Supp. 656.

In re SAUNDERS et al. (Supreme Court, Appellate Division, Second Department. March 28, 1913.) In the matter of the appraisement, etc., of the property of Ervin Saunders, deceased, wherein the Westchester County Society for the Prevention of Cruelty to Children and another appeal. No opinion. Order (77 Misc. Rep. 54, 137 N. Y. Supp. 438) of the Surrogate's Court of Westchester County affirmed, with $10 costs and disbursements.

SCHLAPPENDORF, Respondent, v. AMERICAN RY. TRAFFIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Action by Harry C. Schlappendorf against the American Railway Traffic Company. No opinion. Motion to resettle order granted. See, also, 141 N. Y. Supp. 1145.

SCHLAPPENDORF, Respondent, v. AMERICAN RY. TRAFFIC CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 15, 1913.) Action by Harry C. Schlappendorf against the American Railway Traffic Company. No opinion. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. See, also, 141 N. Y. Supp. 486, 1145.

SCHMEISER, Respondent, v. SCHMEISER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Wilhelmina Schmeiser against Charles Schmeiser and others. No opinion. Judgment affirmed, with costs. See, also, 145 App. Div. 945, 130 N. Y. Supp. 1130.

SCHMITT, Appellant, v. SCHMITT et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Lillian Schmitt against Andrew Schmitt, Jr., and others. No opinion. Motion denied, on condition that the appellant place the case upon the June calendar and be ready for argument when reached; otherwise, motion granted, with costs.

SCHUBERT v. ARNOLD et al. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by John Schubert against Sigfried Arnold and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 140 N. Y. Supp. 1144.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by J. L. Emil Schueler against Mary Louise Dooley.

PER CURIAM. Order affirmed on reargument (of 154 App. Div. 942, 139 N. Y. Supp. 743), with $10 costs and disbursements. See, also, 140 N. Y. Supp. 1144. Appeal to Court of Appeals denied, 141 N. Y. Supp. 1145.

THOMAS and CARR, JJ., dissent.

SCHUELER, Appellant, v. DOOLEY, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by J. L. Emil Schueler against Mary Louise Dooley. No opinion. Motion for leave to appeal to the Court of Appeals (from 141 N. Y. Supp. 1145) denied.

SEAMAN, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Annie E. Seaman, as administratrix, etc., of Alanson H. Seaman, deceased, against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.

SEBUKATY, Respondent, v. TARTAR CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Mathias Joseph Sebukaty against the Tartar Chemical Company. No opinion. Judgment and order unanimously affirmed, with costs.

SECURITY BANK OF NEW YORK v. FINKELSTEIN. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by the Security Bank of New York against Herman Finkelstein. No opinion. Application granted. Order signed. See, also, 76 Misc. Rep. 461, 135 N. Y. Supp. 640.

SEROBEI v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by Dominick Serobei against the Brooklyn Heights Railroad Company. No opinion. Motion to dismiss appeal granted, with costs.